**Kwang–Wei HAN, Plaintiff–Appellant,**

v.

**CITY OF LONG BEACH; et al., Defendants–Appellees.**

No. 00–56727.

D.C. No. CV–99–05866–DT.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001 \*.

Decided July 23, 2001.

---

\* John E. Potter is substituted for his predecessor, William Henderson. *See* Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Before KOZINSKI, T.G. NELSON, and RICHARD C. TALLMAN, Circuit Judges.

### MEMORANDUM **

Kwang–Wei Han appeals pro se the district court's order staying his action alleging violations of 42 U.S.C. § 1983 and the Americans With Disabilities Act ("ADA") pursuant to *Colorado River Conservation Dist. v. United States,* 424 U.S. 800, 817–19, 96 S.Ct. 1236, 47 L.Ed.2d 483 (1976). We have jurisdiction, *see Attwood v. Mendocino Coast Dist. Hosp.,* 886 F.2d 241, 243 (9th Cir.1989), and we review for an abuse of discretion, *Intel Corp. v. Advanced Micro Devices, Inc.,* 12 F.3d 908, 912 (9th Cir.1993). We affirm.

Han's contention that the district court abused its discretion by staying his action lacks merit because, considering the relevant *Colorado River* stay factors, the district court did not abuse its discretion by deferring consideration of his section 1983 and ADA claims pending resolution of his parallel state court action. *See Nakash v. Marciano,* 882 F.2d 1411, 1415–17 (9th Cir.1989).

AFFIRMED.

R.App. P. 34(a)(2). Accordingly, we deny Han's request for oral argument.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.